FID#: 51–FN–002315–2014
(Philadelphia)

Affirmed

**IN the INTEREST OF A.R.G., a Minor**

**344 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000710–2016, CP–51–DP–0002515–2014, FID: 51–FN–002315–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: A.B.G., a minor**

**351 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000711–2016, CP–51–DP–0002514–2014, FID: 51–FN–002315–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF N.S., a Minor**

**357 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0001180–2016
CP–51–DP–0002519–2014
FID: 51–FN–002315–2014
(Philadelphia)

Affirmed

**COM.**

**v.**

**ALVAREZ, J.**

**1689 MDA 2016**

Superior Court of Pennsylvania.

07/21/2017

CP–49–CR–0001122–2013
(Northumberland)

Affirmed

